✎AO 245I   (Rev. 3/01) Judgment in a Criminal Case for a Petty Offense
Sheet 1

# UNITED STATES DISTRICT COURT

| Western | District of | Arkansas |
|---|---|---|

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **V.** | **(For a Petty Offense)** |
| **ALFREDO ESTRADA-RANGEL** | CASE NUMBER:    4:13CR40001-001 |
| | Robert E. Tellez |
| | Defendant's Attorney |

## THE DEFENDANT:

X   **THE DEFENDANT** pleaded   X  guilty   to violation number(s)   Count 1 to an Information on 1/11/2013.

☐   **THE DEFENDANT** was found guilty on count(s) _____

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. § 1325(a) | Concealment Of Facts About Reentry | 9/21/2012 | 1 |
| | (Class B Misdemeanor) | | |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.

☐   **THE DEFENDANT** was found not guilty on violation(s): _____

☐   Violation(s)  _____   ☐ is   ☐ are   dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   None | January 11, 2013 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth:   **/**/1984 | |
| Defendant's USM No.:    11198-010 | /S/ Susan O. Hickey |
| | Signature of Judicial Officer |
| Defendant's Residence Address: | |
| 97 Misty Lane | |
| Texarkana, TX | Honorable Susan O. Hickey, United States District Judge |
| | Name and Title of Judicial Officer |
| | January 14, 2013 |
| | Date |
| Defendant's Mailing Address: | |

AO 245I   (Rev. 3/01) Judgment in a Criminal Case for a Petty Offense
Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___3___

DEFENDANT:           **ALFREDO ESTRADA-RANGEL**
CASE NUMBER:         4:13CR40001-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    **Time Served plus 10 days**            .

☐    The court makes the following recommendations to the Bureau of Prisons:

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____   ☐   a.m.   ☐   p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____   to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245I     (Rev. 3/01) Judgment in a Criminal Case for a Petty Offense
Sheet 3 — Criminal Monetary Penalties

Judgment — Page ___3___ of ___3___

DEFENDANT: **ALFREDO ESTRADA-RANGEL**
CASE NUMBER:     4:13CR40001-001

# CRIMINAL MONETARY PENALTIES**

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 3, Part B.

|  | **Special Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **TOTALS** | $  10.00 * | $  -0- | $  -0- |

*Government petitioned the court for remission of special assessment in open court and the court hereby grants the petition.

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐   The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.**

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | ***Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or Percentage of Payment** |
|---|---|---|---|
| **TOTALS** | $ _____ | $ _____ | |

☐   If applicable, restitution amount ordered pursuant to plea agreement   $ _____

☐   The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 3, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐   the interest requirement is waived for the     ☐  fine and/or     ☐  restitution.

☐   the interest requirement for the     ☐  fine and/or     ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code,  for offenses committed on or after September 13, 1994 but before April 23, 1996.